JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   -v.-          :          **NOTICE OF INTENT TO
FILE AN INFORMATION**

MAHMOUD SOLIMAN,          :

     Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - -          08 CRIM 257

    Please take notice that the United States Attorney's Office will file an

information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the

Federal Rules of Criminal Procedure.

Dated:          New York, New York
         March 6, 2008

DOC # 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 3/11/08

MICHAEL J. GARCIA
United States Attorney

By: _William J. Stellmach_
    WILLIAM J. STELLMACH
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    PATRICK J. SMITH, Esq.
    Attorney for Mahmoud Soliman

3/11/08    WHEEL A