UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

**08 CRIM 257**

UNITED STATES OF AMERICA          :          <u>WAIVER OF INDICTMENT</u>

            - v. -                :

MAHMOUD SOLIMAN,                   :

                  Defendant.      :          **08 CRIM 257**

- - - - - - - - - - - - - - - - x


            MAHMOUD SOLIMAN, the above-named defendant, who is

accused of violating Title 18, United States Code, Section 1001,

being advised of the nature of the charges and of his rights,

hereby waives, in open Court, prosecution by indictment and

consents that the proceeding may be by information instead of by

indictment.


_____
Defendant

_____
Witness

_____
Counsel for Defendant


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/08


Date:      New York, New York
           March 24, 2008


0293